**Order filed April 13, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00144-CR

———————

**HENRY ONYINYE IWU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the   Court**
**County, Texas**
**Trial Court Cause No.**

## ORDER

Appellant is represented by retained counsel, **Raiysa Reece**.   No reporter's record has been filed in this case.   Terri Johnstone, the court reporter, informed this Court that appellant had not made arrangements for payment for the reporter's record.   On March 15, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record.   *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order.

We ORDER appellant's retained counsel, **Raiysa Reece**, to file a brief in this appeal on or before **May 14, 2012**. If **Raiysa Reece** does not timely file the brief as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the brief. *See* Tex. R. App. P. 38.8(b)(2).


PER CURIAM